TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00387-CR

Ex Parte Lincoln John Belle, Jr., Appellant

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 46,929, HONORABLE JOE CARROLL, JUDGE PRESIDING

PER CURIAM

This is an appeal from an order denying relief following a habeas corpus hearing. 
By his writ application, appellant sought a reduction in bail pending his trial on an indictment
accusing him of attempted murder.

No reporter's record has been filed. Upon notice from the Clerk, appellant's
attorney advised the Court that the "denial of the bond reduction did not merit appellate action in
the opinion of counsel," that notice of appeal was filed pro se without counsel's knowledge, and
that counsel learned of the appeal when he received the Clerk's letter of inquiry. Counsel also
called the Court's attention to Bell County cause number 43, 930, a companion case in which
appellant was convicted of aggravated assault and sentenced to imprisonment for seven years. 
This conviction has been affirmed. Belle v. State, No. 3-97-358-CR (Tex. App.--Austin, Aug.
31, 1998, pet. filed) (not designated for publication). Our records indicate that appellant is
incarcerated on this conviction.

The question of pretrial bail in this cause is moot given appellant's incarceration
in the companion case. The appeal is dismissed.

Before Justices Powers, Aboussie and Kidd

Dismissed

Filed: October 29, 1998

Do Not Publish